UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF DYE, TAMMIE ERSKINE, PATRICK
HALL AND ERIC PERTTUNEN,                                Case No. 09-13048

       Plaintiffs,                                          Honorable Nancy G. Edmunds

v.

OFFICE OF RACING COMMISSION, ET
AL,

       Defendants.
_____/

**JUDGMENT**

    The Court having reviewed the pleadings in this matter and being fully advised in the

premises;

    IT IS HEREBY ORDERED AND ADJUDGED that Defendants' motion for summary

judgment is hereby GRANTED, and the case is DISMISSED.

    SO ORDERED.


           s/Nancy G. Edmunds_____
           Nancy G. Edmunds
           United States District Judge

Dated:  May 31, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record
on May 31, 2011, by electronic and/or ordinary mail.

           s/Carol A. Hemeyer_____
           Case Manager